KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HAYWOOD S. GILLIAM, JR. (CSBN 172732)
CHRISTINA HUA (CSBN 185358)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7212
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>RAIMUND WERSCHING, )<br>)<br>   Defendant. )<br>_____ ) | No. CR 06-0183 CRB<br><br>STIPULATION AND [PROPOSED]<br>ORDER REGARDING EXCLUSION OF<br>TIME |

     The defendant, with counsel, came before the Court for an initial appearance on April 5, 2006. At the hearing, counsel for the United States represented that it had recently produced over 56,000 pages of discovery, and that a number of additional boxes seized in search warrants were also available for the defense to review. The Court continued the matter until June 7, 2006 at 10:00 for further trial and motions setting. The parties agreed, and the Court found, that the time between April 5 and June 7, 2006 was properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court found that, due to the complexity of this matter and defense counsel's need to review the discovery to adequately prepare, failure to grant the requested continuance would unreasonably deny the

defense the reasonable time necessary for effective preparation. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: 4/07/06

ROBERT S. CAREY
Attorney for the Defendant

DATED: 4/5/06

HAYWOOD S. GILLIAM, JR.
Assistant United States Attorney

### ORDER

For the foregoing reasons, and based on the record at the April 5, 2006 hearing in this matter, the Court HEREBY ORDERS the period between April 5, 2006 and June 7, 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for adequate preparation. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: April 13, 2006



IT IS SO ORDERED
Judge Charles R. Breyer
United States District Court
Northern District of California