```
ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX
```

Attorneys for Defendant
RAIMUND WERSCHING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CR-06-0183 CRB |
| Plaintiff, | STIPULATION RE TRAVEL REQUEST OF DEFENDANT RAIMUND WERSCHING and ORDER THEREON |
| vs. | |
| RAIMUND WERSCHING, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between HAYWOOD S. GILLIAM, JR., ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., one of the counsel for Defendant RAIMUND WERSCHING, that Mr. WERSCHING be allowed to travel outside of the Northern District of California, specifically, to the Eastern District of California, to Stockton, California, on April 26, 2006, for the purpose of seeing his physician and to Davis, California, on May 27 and 28, 2006, for the purpose of accompanying his family to a soccer tournament.

///
///
///
///
///

I have contacted the Pretrial Services Officer for Mr. WERSCHING, Ms. Michelle Nero, and she does not have any objections to these travel requests.

IT IS SO STIPULATED.

DATED: April 17, 2006                              CAREY & CAREY

                                                 /S/
                                      ROBERT E. CAREY, JR. Attorneys for Defendant RAIMUND WERSCHING

DATED: _____, 2006                  UNITED STATES OF AMERICA

                                                 /S/
                                      HAYWOOD S. GILLIAM, JR., Attorneys for Plaintiff

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that Mr. WERSCHING be allowed to travel to the Eastern District of California on April 26, 2006, for the purposes of seeing his physician, and on May 27 and 28, 2006, for the purposes of attending a soccer tournament.

DATED: April 17, 2006                              [signature]
                                             BERNARD ZIMMERMAN
                                             MAGISTRATE-JUDGE OF THE U.S. DISTRICT COURT