ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
RAIMUND WERSCHING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAIMUND WERSCHING,<br><br>    Defendant. | CASE NO.   CR-06-0183 CRB<br><br>STIPULATION RE TRAVEL CONDITIONS OF DEFENDANT RAIMUND WERSCHING and ORDER THEREON |

ITS IS HEREBY STIPULATED, by and between HAYWOOD S. GILLIAM, JR., ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., ESQ., one of the counsel for Defendant RAIMUND WERSCHING, that Mr. WERSCHING'S conditions of release be expanded insofar as travel is concerned to include travel to and from the Eastern District of California, during the pendency of this case.

///
///
///
///
///
///
///

1    The Pretrial Services Officer for Mr. WERSCHING, Ms. Michelle Nero, does not
2 have any objection to this expansion of the places of travel.
3    IT IS SO STIPULATED.

5 DATED: April 28, 2006                    CAREY & CAREY

7                                          _____/S/_____
                                           ROBERT E. CAREY, JR. Attorneys for
8                                          Defendant RAIMUND WERSCHING

10 DATED: _____, 2006             UNITED STATES OF AMERICA

12                                         _____/S/_____
                                           HAYWOOD S. GILLIAM, JR., Attorneys
13                                         for Plaintiff

15                                    ORDER
16    GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and
17 decreed, that Mr. WERSCHING'S conditions of release insofar as travel is concerned, be
18 expanded to include the Eastern District of California, during the pendency of this action.

21 DATED: April 28, 2006        _____[signature]_____
                                           BERNARD ZIMMERMAN
22                                         MAGISTRATE-JUDGE OF THE
                                           U.S. DISTRICT COURT