1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  HAYWOOD S. GILLIAM, JR. (CSBN 172732)
   CHRISTINA HUA (CSBN 185358)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7212
      FAX: (415) 436-7234
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,          )   No. CR 06-0183 CRB
                                      )
15        Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                      )   ORDER REGARDING EXCLUSION OF
16     v.                             )   TIME
                                      )
17 RAIMUND WERSCHING,                 )
                                      )
18        Defendant.                  )
   _____)
19

20
         The defendant, with counsel, came before the Court for a trial setting hearing on June 7,
21
   2006. At the hearing, counsel for the defendant indicated that they needed time to review the
22
   voluminous discovery produced by the government in this matter, in order to determine what
23
   motions to file and otherwise to prepare for trial. The Court set the case over for trial on March
24
   7, 2006. The parties agreed, and the Court found, that the time between June 7, 2006 and March
25
   5, 2007 was properly excluded under the Speedy Trial Act, Title 18, United States Code,
26
   Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court found that, due to the complexity of
27
   this matter and defense counsel's need to review the discovery to adequately prepare, failure to
28
   grant the requested continuance would unreasonably deny the defense the reasonable time

necessary for effective preparation.  The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: June 19, 2006

/S/
ROBERT S. CAREY
Attorney for the Defendant

DATED: June 21, 2006

/S/
HAYWOOD S. GILLIAM, JR.
Assistant United States Attorney

## ORDER

For the foregoing reasons, and based on the record at the June 7, 2006 hearing in this matter, the Court HEREBY ORDERS the period between June 7, 2006 and March 5, 2007 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv).  The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, given the complexity of this case and the need for adequate preparation. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:   June 21, 2006

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2