ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
RAIMUND WERSCHING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CR-06-0183 CRB |
| Plaintiff, | STIPULATION RE TRAVEL REQUEST OF DEFENDANT RAIMUND WERSCHING and ORDER THEREON |
| vs. | |
| RAIMUND WERSCHING, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between HAYWOOD S. GILLIAM, JR., ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., one of the counsel for Defendant RAIMUND WERSCHING, that Mr. WERSCHING be allowed to travel outside of the Northern District of California, from August 5, 2006 through August 14, 2006.

The purpose of this trip is to attend a family (his wife's) reunion in Virginia.  He can be reached on his cell phone: 650/483-0424, and his wife's cell phone: 650/483-6995.  He will be staying at 8 Braywood, Williamsburg, VA, and 11 Whittaker's Mill, Williamsburg, VA.

///

///

///

///

I have contacted the Pretrial Services Officer for Mr. WERSCHING, Ms. Michelle Nero, and she does not have any objection to this travel request.

IT IS SO STIPULATED.

DATED: July 17, 2006					CAREY & CAREY


							          /s/
							ROBERT E. CAREY, JR. Attorneys for
							Defendant RAIMUND WERSCHING


DATED:     7/13         , 2006			UNITED STATES OF AMERICA


							          /s/
							HAYWOOD S. GILLIAM, JR., Attorneys
							for Plaintiff


## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that Mr. WERSCHING be allowed to travel to Williamsburg, Virginia, from August 5 through August 14, 2006.


DATED: July 17, 2006				[signature]
							BERNARD ZIMMERMAN
							MAGISTRATE-JUDGE OF THE
							U.S. DISTRICT COURT