1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CHRISTINA HUA (CSBN 185358)
   Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7212
7       Fax: (415) 436-7234

8  Attorneys for Plaintiff

9
10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )   No. CR 06-0183 CRB
                                        )
14         Plaintiff,                   )
                                        )   STIPULATION AND [PROPOSED]
15     v.                               )   ORDER REGARDING EXCLUSION OF
                                        )   TIME AND DATE SETTING
16  RAIMUND WERSCHING,                  )
                                        )
17         Defendant.                   )
                                        )
18
19
20         The defendant, with counsel, came before the Court for a status hearing on September 27,

21  2006. Prior to the hearing, defense counsel had filed a request to continue the trial date which

22  was previously set for March 5, 2007. Based on the request of defense counsel and finding good

23  cause, the Court continued the trial date to July 30, 2007 at 8:30, and pre-trial conference to July

24  24, 2007. The parties agreed, and the Court found, that the time between March 5, 2007 and

25  July 30, 2007 is properly excluded under the Speedy Trial Act, Title 18, United States Code,

26  Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). Due to the defense attorney's other trial

27  commitments, the complexity of this matter, defense counsel's need to review the discovery and

28  STIPULATION AND [PROPOSED] ORDER REGARDING
    EXCLUSION OF TIME AND DATE SETTING
    [CR 06-0183] [CRB]

adequately prepare for motions and trial, failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation. Furthermore, given the trial schedule of counsel Charles J. Smith, as represented in the status filing, a continuance to July 30, 2007 is necessary to ensure continuity of defense counsel and ensure that the defense has adequate time to prepare for trial.  The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

Furthermore, the parties further agree and stipulate to the following dates:

| | |
|---|---|
| Filing of all defense motions (except for in limine motions): | 1/25/07 |
| Government's opposition to motions: | 2/14/07 |
| Defendant's replies: | 2/21/07 |
| Motions hearing date: | 2/28/07 |
| Simultaneous Expert disclosure: | 5/7/07 |
| Any responsive expert disclosures: | 5/28/07 |
| Motions in limine deadline: | 7/3/07 |
| Motion in limine replies deadline: | 7/17/07 |

SO STIPULATED.

DATED: 10/12/06               /S/ Robert S. Care
                              ROBERT S. CAREY
                              Attorney for the Defendant


DATED: 10/16/06               /S/ Christina Hua
                              CHRISTINA HUA
                              Assistant United States Attorney

//

//

//

STIPULATION AND [PROPOSED] ORDER REGARDING
EXCLUSION OF TIME AND DATE SETTING
[CR 06-0183] [CRB]                    2

**ORDER**

For the foregoing reasons, and based on the record at the September 27, 2006 hearing in this matter, the Court HEREBY ORDERS the period between March 5, 2007 and July 30, 2007 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv).  The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel continuity of counsel, and the reasonable time necessary for effective preparation, given the complexity of this case and the need for adequate preparation.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:   October 19 2006

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER REGARDING
EXCLUSION OF TIME AND DATE SETTING
[CR 06-0183] [CRB]                              3