1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA 94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   RAIMUND WERSCHING

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,           CASE NO.  CR-06-0183 CRB

12              Plaintiff,              STIPULATION TO CONTINUE
                                        THE HEARING OF MOTIONS
13         vs.                          AND [proposed] ORDER THEREON

14 RAIMUND WERSCHING,

15              Defendant.

16

17         ITS IS HEREBY STIPULATED, by and between KAREN BEAUSEY, attorney for the

18 UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., one of the counsel for

19 Defendant RAIMUND WERSCHING, that the hearing of motions presently set for February

20 28, 2007, at 2:15 pm, be continued until April 25, 2007, at 2:15 pm.

21         IT IS SO STIPULATED.

22

23 DATED: February 13, 2007           CAREY & CAREY

24
                                      _____
25                                    ROBERT E. CAREY, JR. Attorneys for
                                      Defendant RAIMUND WERSCHING
26

27

28

STIPULATION RE CONTINUANCE OF MOTIONS HEARING

1
2  DATED: 2/13/07, 2007          UNITED STATES OF AMERICA
3
4                                /s/ KAREN BEAUSEY
5                                KAREN BEAUSEY,
                                 Assistant United States Attorney
6
7                                    ORDER
8       GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and
9  decreed, that the motions hearing currently on calendar for February 28, 2007 be
10 continued to April 25, 2007 at 2:15 pm.
11
12
13 DATED: Feb. 14, 2006
                                 _____
14                               THE HON. CHARLES R. BREYER
                                 JUDGE OF THE U.S. DISTRICT COURT
15
16
17
18
19
20
21
22
23
24
25
26
27
28