

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAIMUND WERSCHING,<br><br>Defendant. | No. CR 06-0183 CRB (EMC)<br><br>**ORDER DIRECTING COUNSEL FOR DEFENDANT WERSCHING TO PROVIDE ADDITIONAL INFORMATION IN REGARD TO MOTION FOR APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT AND CONTINUING HEARING** |

Robert Carey and Charles J. Smith, retained counsel for defendant Wersching, appeared before this Court on April 11, 2007 on their motion to appoint present counsel under the Criminal Justice Act. IT IS HEREBY ORDERED that, in additional to information already requested by the Court, retained counsel shall submit the following information:

1. Copies of any and all retainer agreements between defendant Wersching and retained counsel in this case;

2. A detailed record of the time expended thus far for each individual (attorneys, associates, paralegals or others) who have worked on this case both pre and post-indictment. This may be in the form of copies of billing records or other time keeping software (i.e. TimeSlips);

1  3. Copies of the records establishing the amount of money received by each of the
2  retained law firms in this case or other records which set forth the specific expenses
3  incurred thus far, including all expenditures for any experts.
4
5  Two copies of this information should be filed under seal with the Court on or before April
6  17, 2007.
7  The hearing on the motion shall be continued to April 23, 2007 at 10:30 am.
8
9  Date:   April 12, 2007
10
11  _____
    Edward M. Chen
    United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

          Plaintiff,

v.

RAIMUND WERSCHING,

          Defendant.
                                   /

Case Number: CR06-0183 CRB (EMC)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Charles J. Smith**
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063
Fax: 650 568-2823        (By Fax and mail)

**Robert E. Carey, Jr.**
Carey & Carey
P.O. Box 1040
Palo Alto, CA 94302-1040
Fax: (650) 853-3632        (By Fax and mail)

Peter Axelrod
U.S. Attorney's Office
450 Golden Gate Ave
San Francisco, CA 94102

Pretrial Service
450 Golden Gate Ave
San Francisco, CA 94102

Dated: April 12, 2007

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk

# UNITED STATES DISTRICT COURT

Office of the Clerk
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102
(415) 522-2034



## FACSIMILE TRANSMITTAL FORM

**To:**  Charles J. Smith (650) 568-2823
Robert E. Carey, Jr. (650) 853-3632

RUSH

**No. of Pages:** 4

(Not including this transmittal form)

**DATE:** April 12, 2007

**From:** Betty Fong
 Courtroom Deputy to the Honorable Edward M. Chen

**Phone Number:** (415) 522-2034
**Fax Number:** (415) 522-3605

**Comments:** Re: USA v. Raimund Wersching CR06-0183 CRB (EMC)
Hearing: reset from 4/16/07 at 9:30 am to **4/23/07 at 10:30am**

```
                  * * * COMMUNICATION RESULT REPORT ( APR. 12. 2007 12:02PM ) * * *                    P. 1

                                                                              FAX HEADER 1:
                                                                              FAX HEADER 2:
TRANSMITTED/STORED : APR. 12. 2007 12:00PM
FILE MODE          OPTION                  ADDRESS                          RESULT              PAGE
-----------------------------------------------------------------------------------------------------
2553 MEMORY TX                             G3  :  6508533632                OK                  5/5

-----------------------------------------------------------------------------------------------------
REASON FOR ERROR
 E-1) HANG UP OR LINE FAIL                        E-2) BUSY
 E-3) NO ANSWER                                   E-4) NO FACSIMILE CONNECTION
 E-5) MAIL SIZE OVER
```

# UNITED STATES DISTRICT COURT
### Office of the Clerk
### Northern District of California
### 450 Golden Gate Avenue, 16th Floor
### San Francisco, California 94102
### (415) 522-2034



## FACSIMILE TRANSMITTAL FORM

**To:**  Charles J. Smith (650) 568-2823    *RUSH*
Robert E. Carey, Jr. (650) 853-3632

**No. of Pages:** 4
(Not including this transmittal form)

**DATE:** April 12, 2007

**From:** Betty Fong
Courtroom Deputy to the Honorable Edward M. Chen

**Phone Number:** (415) 522-2034
**Fax Number:** (415) 522-3605

**Comments:** Re: USA v. Raimund Wersching CR06-0183 CRB (EMC)
Hearing: reset from 4/16/07 at 9:30 am to **4/23/07 at 10:30am**

```
*  *  *  COMMUNICATION RESULT REPORT ( APR. 12. 2007 12:01PM )  *  *  *
                                                               P. 1

                                                    FAX HEADER 1:
                                                    FAX HEADER 2:
TRANSMITTED/STORED : APR. 12. 2007 12:00PM
FILE MODE            OPTION            ADDRESS                   RESULT      PAGE
-----------------------------------------------------------------------------------
2552 MEMORY TX                         G3  :   650 568 2823       OK         5/5

-----------------------------------------------------------------------------------
REASON FOR ERROR
     E-1) HANG UP OR LINE FAIL              E-2) BUSY
     E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
     E-5) MAIL SIZE OVER
```

## UNITED STATES DISTRICT COURT
Office of the Clerk
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102
(415) 522-2034

### FACSIMILE TRANSMITTAL FORM



**To:**   Charles J. Smith (650) 568-2823
          Robert E. Carey, Jr. (650) 853-3632

**No. of Pages:** 4
         (Not including this transmittal form)

**DATE:** April 12, 2007

**From:** Betty Fong
          Courtroom Deputy to the Honorable Edward M. Chen

**Phone Number:** (415) 522-2034
**Fax Number:**   (415) 522-3605

**Comments:** Re: USA v. Raimund Wersching CR06-0183 CRB (EMC)
              Hearing: reset from 4/16/07 at 9:30 am to **4/23/07 at 10:30am**